AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davila, Edward J. | U.S. District Court, Northern District, California | 07/23/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

280 South First Street
San Jose, CA 95113

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Law Advisory Board | Santa Clara University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davila, Edward J. | 07/23/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | California Public Employees Retirement System - Pension | $34,810.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | California Public Employees Retirement System - Pension |
| 2. 2017 | County of Santa Clara - Salary |
| 3. 2017 | State of California - Salary |
| 4. 2017 | Replacement Benefit Fund - Pension |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Davila, Edward J. | 07/23/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Eastwood DIY Legends Contest | Gift Card | $3,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Bank of America | Credit Card | K |
| 2. | Chase Bank | Mortgage on Second Property #1, Sunnyvale, CA | N |
| 3. | American Express | Credit Card | J |
| 4. | Capital One | Credit Card | J |
| 5. | | Tuition | J |
| 6. | Chase | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Davila, Edward J. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | | None | J | T | | | | | |
| 2. Santa Clara County Federal Credit Union Accounts | A | Interest | L | T | | | | | |
| 3. Chase Bank Account | A | Interest | J | T | | | | | |
| 4. Investment Property, Sunnyvale, CA | | None | O | W | | | | | |
| 5. Utah Educational Savings Plan 529: Static Option A | A | Dividend | L | T | Buy (add'l) | 12/31/17 | J | | See Note In Part VIII |
| 6. (H) ICMA - RC 457 Deferred Compensation Plan | | | | | | | | | |
| 7. VT Plus Fund | A | Dividend | | | Sold | 12/07/17 | J | A | See Note In Part VIII |
| 8. T Rowe Price Instl Large-Cap Growth | A | Dividend | | | Sold | 12/07/17 | N | G | See Note In Part VIII |
| 9. (H) Pershing Account #1 | | | | | | | | | |
| 10. Pershing Govt Account - Money Market Fund | A | Int./Div. | K | T | | | | | |
| 11. AMCAP Fund Class A, Mutual Fund | C | Dividend | L | T | | | | | |
| 12. American Balanced Fund Class A, Mutual Fund | C | Dividend | L | T | | | | | |
| 13. American High Income Trust Class A, Mutual Fund | D | Dividend | M | T | | | | | |
| 14. The Bond Fund of America Class F-2, Mutual Fund | B | Dividend | L | T | | | | | See Note in Part VIII |
| 15. Capital Income Builder Fund Class A, Mutual Fund | C | Dividend | L | T | | | | | |
| 16. Capital World Bond Fund Class F-2, Mutual Fund | A | Dividend | K | T | | | | | See Note in Part VIII |
| 17. Capital World Growth and Income Class F-2, Mutual Fund | C | Dividend | L | T | | | | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davila, Edward J. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fundamental Investors Class A, Mutual Fund | B | Dividend | K | T | | | | | |
| 19. The Growth Fund of America Class A | C | Dividend | K | T | | | | | |
| 20. Voya Corporate Leaders 100 Fund, Mutual Fund (Formerly ING CorpLdr100) | A | Dividend | K | T | | | | | |
| 21. The Income Fund of America Class A, Mutual Fund | B | Dividend | K | T | | | | | |
| 22. International Growth and Income Fund Class A, Mutual Fund | A | Dividend | K | T | | | | | |
| 23. The Investment Company of America Class A, Mutual Fund | D | Dividend | L | T | | | | | |
| 24. New Perspective Fund Class A, Mutual Fund | D | Dividend | L | T | | | | | |
| 25. Carter Validus REIT | A | Dividend | J | T | | | | | |
| 26. KBS Real Estate REIT | A | Dividend | J | T | | | | | |
| 27. (H) Pershing Account #2 | | | | | | | | | |
| 28. Franklin Dynatech Fund Class A, Mutual Fund | A | Dividend | J | T | | | | | |
| 29. (H) Pershing Account #3 | | | | | | | | | |
| 30. Pershing Federated Government Reserves - Money Market | A | Int./Div. | J | T | | | | | |
| 31. Baron Growth Fund, Mutual Fund | A | Dividend | J | T | | | | | |
| 32. Dodge & Cox Stock Fund, Mutual Fund | A | Dividend | J | T | | | | | |
| 33. (H) Savings Plus 457 Plan | | | | | | | | | |
| 34. Target Date Fund - 2020 | | None | L | T | Buy (add'l) | 01/03/17 | J | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davila, Edward J. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Target Date Fund - 2020 | | | | | Buy (add'l) | 02/01/17 | J | | |
| 36. Target Date Fund - 2020 | | | | | Buy (add'l) | 03/01/17 | J | | |
| 37. Target Date Fund - 2020 | | | | | Buy (add'l) | 04/03/17 | J | | |
| 38. Target Date Fund - 2020 | | | | | Buy (add'l) | 05/02/17 | J | | |
| 39. Target Date Fund - 2020 | | | | | Buy (add'l) | 06/01/17 | J | | |
| 40. Target Date Fund - 2020 | | | | | Buy (add'l) | 07/03/17 | J | | |
| 41. Target Date Fund - 2020 | | | | | Buy (add'l) | 08/02/17 | J | | |
| 42. Target Date Fund - 2020 | | | | | Buy (add'l) | 09/01/17 | J | | |
| 43. Target Date Fund - 2020 | | | | | Buy (add'l) | 10/02/17 | J | | |
| 44. Target Date Fund - 2020 | | | | | Buy (add'l) | 11/01/17 | J | | |
| 45. Target Date Fund - 2020 | | | | | Buy (add'l) | 12/01/17 | J | | |
| 46. Chase Private Client Accounts | A | Interest | L | T | | | | | |
| 47. (H) County of Santa Clara Deferred Compensation Plan | | | | | | | | | See Note in Part VIII |
| 48. Fidelity TRP Inst LgCap Grth | | None | N | T | Open | 12/17/17 | N | | See Note in Part VIII |
| 49. Fidelity Vantage Plus R10 | | None | J | T | Open | 12/17/17 | J | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts:

Line 5, Column A: Utah Educational Savings Plan 529 - Static Option A: Utah Public Treasurers Investment Fund (no control)

Line 5, Column D: Utah Educational Savings Plan 529 - $300.00 contributions made to the account on a bi-weekly basis (did not add line-by-line detail of these transactions). Total value of all contributions for 2017 recorded in column D3.

Lines 6, 7, 8: ICMA RC 457 Deferred Compensation Plan was transferred through a new contract with the County to Fidelity Investments - County of Santa Clara Deferred Compensation Plan (see new account info on line 36, 37, 38).

Lines 14, 16, 17: Class conversions from Class A to Class F-2 shares done internally through Pershing on 7/27/2017.

Lines 33-45: Savings Plus 457 Plan - $2,000.00 contributions made to the Target Date Fund 2020 on a monthly basis. All monthly detail added to column D.

Lines 36, 37, 38: New account - Fidelity Investments - County of Santa Clara Deferred Compensation Plan (see old account ICMA RC 457 Deferred Compensation Plan lines 6, 7, 8).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward J. Davila**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544